1  DEBBIE LEONARD (#8260)
   MEGAN STARICH (#11284)
2  McDonald Carano Wilson LLP
   100 West Liberty Street, 10th Floor
3  P.O. Box 2670
   Reno, NV 89505-2670
4  Telephone:  (775) 788-2000
   Facsimile: (775) 788-2020
5  Email: dleonard@mcdonaldcarano.com
   and mstarich@mcdonaldcarano.com
6
   Attorneys for Defendants
7  GREENPOINT MORTGAGE FUNDING, INC.
   and MARIN CONVEYANCING CORPORATION
8
   MICHAEL R. BROOKS (#7287)
9  JEFFREY J. TODD (#10780)
   Brooks Bauer LLP
10 1645 Village Center Circle, Suite 200
   Las Vegas, NV 89134
11 Telephone: (702) 851-1191
   Facsimile: (702) 851-1198
12 mcbrooks@brooksbauer.com
   jtodd@brooksbauer.com
13
   Attorneys for Defendant
14 MORTGAGE ELECTRONIC REGISTRATION SYSTEM

15                UNITED STATES DISTRICT COURT

16                     DISTRICT OF NEVADA

17                          * * *

18
   MARIA CARVAJAL ROBLES, an individual,       Case No.: 3:12-cv-00040-RCJ-VPC
19
            Plaintiff,
20
         vs.
21
   GREENPOINT MORTGAGE FUNDING,               **DEFENDANTS' CASE MANAGEMENT**
22 INC.; MARIN CONVEYANCING CORP.;                       **REPORT**
   MORTGAGE ELECTRONIC
23 REGISTRATION SYSTEM; OLD
   REPUBLICH DEFAULT MANAGEMENT
24 SERVICES; MORTGAGE LAW FIRM,
   PLLC; DOE INDIVIDUALS 1-X; ROE
25 COMPANIES 1-X,

26          Defendants.

27                                              1

28

McDONALD·CARANO·WILSON⸱
100 WEST LIBERTY STREET, 10TH FLOOR · RENO, NEVADA 89501
PO. BOX 2670 · RENO, NEVADA 89505-2670
PHONE 775-788-2000 · FAX 775-788-2020

1    Counsel for Defendants GREENPOINT MORTGAGE FUNDING, INC. ("GPM")

2  and MARIN CONVEYANCING CORP. ("MCC") and MORTGAGE ELECTRONIC

3  REGISTRATION SYSTEM ("MERS") (collectively "DEFENDANTS")[1] submit their Case

4  Management Report pursuant to the Court's May 4, 2012 Minute Order as follows:

5        1.   <u>Short statement of the nature of the case, including a description of each</u>

6           <u>claim and defense.</u>

7    This action arises out of Plaintiff's efforts to stop or delay a foreclosure on real

8  property.   In her Complaint, Plaintiff asserts claims for unlawful foreclosure and

9  declarative and injunctive relief.   Defendants GPM and MCC, as well as Defendant

10  MERS, have filed motions to dismiss Plaintiff's claims, which Plaintiff has not opposed.

11  The Court has scheduled a hearing on the motions to dismiss for July 30, 2012.

12    GPM and MCC assert in their Motion to Dismiss that they no longer have any

13  interest in Plaintiff's loan and were not involved with the foreclosure that Plaintiff seeks

14  to invalidate.   For those reasons, GPM and MCC argue, they should be dismissed as

15  they are not proper parties to this action.   Similarly, MERS asserts in its Motion to

16  Dismiss that it transferred any beneficial interest that it had in the Deed of Trust on

17  Plaintiff's Property long before the foreclosure at issue was commenced and is

18  therefore not the proper defendant.

19    The Court should note that on April 12, 2012, well after this case had been

20  removed to federal court, Plaintiff filed a voluntary motion to dismiss in the Second

21  Judicial District Court of Washoe County, Nevada where this matter originated.   A true

22  and correct copy of Plaintiff's Motion to Dismiss is attached hereto as Exhibit 1.   After

23  [1]On May 30, 2012, Counsel for GPM and MCC attempted to contact Plaintiff's counsel

24  to discuss the preparation of this Case Management Report.   Counsel for GPM and MCC also suggested that if Plaintiff wishes to dismiss the matter, she may file a notice

25  of dismissal with this Court and the parties would not have to incur additional fees. Plaintiff's counsel has not responded to GPM and MCC's attempts to contact him about

26  these issues nor has he otherwise prepared any draft Case Management Report for Defendants' review as of the date of this report.

27

28                          2

MCDONALD·CARANO·WILSON⸵
100 WEST LIBERTY STREET, 10TH FLOOR • RENO, NEVADA 89501
PO BOX 2670 • RENO, NEVADA 89505-2670
PHONE 775-788-2000 • FAX 775-788-2020

1   GPM and MCC filed a notice in the State Court stating that the matter had been
2   removed and that the State Court no longer had jurisdiction to consider Plaintiff's
3   Motion, Plaintiff subsequently withdrew her Motion she filed in State Court,
4   acknowledging that the matter had been removed to the jurisdiction of this Court.   True
5   and correct copies of GPM and MCC's Notice to the Court and Plaintiff's Notice of
6   Withdrawal of Motion are attached hereto as Exhibits 2 and 3 respectively.

7          2.      Description of the principal factual and legal disputes in the case.

8          There do not appear to be any factual or legal disputes in this case.   According
9   to documents from the public record and which are attached to Plaintiff's own
10  Complaint, Defendants transferred any interest they had in Plaintiff's Note, Deed of
11  Trust or Property long before the foreclosure proceedings she attempts to invalidate
12  were initiated.    Plaintiff has not opposed either Motion to Dismiss.    Moreover, by
13  indicating that she wishes to voluntarily dismiss this case Plaintiff apparently
14  acknowledges that she has named the incorrect parties.

15         3.      Jurisdictional basis for the case.

16         The Court has diversity jurisdiction over this matter pursuant to 28 U.S.C. §
17  1332(a).  Plaintiff is a resident and citizen of the State of Nevada.  GPM is incorporated
18  in the State of New York and has its principal place of business in California (and thus
19  is deemed a citizen of New York and California).   MCC is incorporated in the State of
20  California and has its principal place of business in California (and is therefore a citizen
21  of California).   MERS is a Delaware corporation with its principal place of business in
22  Virginia.   Based on the allegations in Plaintiff's Complaint, defendant Mortgage Law
23  Firm, PLC is a California professional law corporation with its principal place of
24  business in California, and defendant Old Republic Default Management Services is a
25  California corporation with its principal place of business in California.   The amount in
26  controversy exceeds $75,000.00 as Plaintiff's loan amount, secured by the Deed of
27  Trust on the Property, was for approximately $255,000.

                                              3

28

McDONALD·CARANO·WILSON⁚
100 WEST LIBERTY STREET, 10ᵀᴴ FLOOR • RENO, NEVADA 89501
PO BOX 2670 • RENO, NEVADA 89505-2670
PHONE 775-788-2000 • FAX 775-788-2020

1

2          4.      Parties who have not yet been served.

3          At this time, it appears that defendants Mortgage Law Firm, PLC and Old

4    Republic Default Management Services have not yet been served.   Defendants are

5    unaware as to why those parties have not yet been served by Plaintiff.

6          5.      Statement whether any party expects to add additional parties to the case
           or otherwise amend the pleadings.
7
           At this time, neither GPM, MCC nor MERS expects to add any additional parties
8
     to this case.
9
           6.      A list of contemplated motions and a statement of issues to be decided by
10                 these motions.

11         As discussed in the foregoing, Defendants GPM and MCC as well as Defendant

12   MERS have each filed motions to dismiss Plaintiff's claims that Plaintiff has not

13   opposed, and this Court has scheduled a hearing on those motions for July 30, 2012.

14   GPM and MCC assert in their Motion to Dismiss that they no longer have any interest

15   in Plaintiff's loan nor were they involved with the foreclosure she seeks to invalidate,

16   and therefore they should be dismissed as they are not proper parties to this action.

17   Similarly, MERS asserts in its Motion to Dismiss that it transferred any beneficial

18   interest that it had in the Deed of Trust on Plaintiff's Property long before the

19   foreclosure at issue was commenced.

20         Also as discussed in the foregoing, on April 12, 2012, well after this case had

21   been removed, Plaintiff filed a voluntary motion to dismiss in the Second Judicial

22   District Court of Washoe County, Nevada where this matter originated. See Exhibit 1.

23   After GPM and MCC filed a notice in the State Court stating that the matter had been

24   removed and that the State Court no longer had jurisdiction to consider Plaintiff's

25   Motion, Plaintiff subsequently withdrew her Motion she filed in State Court,

26   acknowledging that the matter had been removed to the jurisdiction of this Court. See

27   Exhibits 2 and 3.

28

4

McDONALD·CARANO·WILSON
100 WEST LIBERTY STREET, 10TH FLOOR · RENO, NEVADA 89501
PO BOX 2670 · RENO, NEVADA 89505-2670
PHONE 775-788-2000 · FAX 775-788-2020

7.   <u>Pending motions that may affect the parties' abilities to comply with a case management order.</u>

The only motions pending before this Court are GPM and MCC's Motion to Dismiss and MERS' Motion to Dismiss.

8.   <u>Status of related cases pending before other courts or other judges of this court.</u>

Plaintiff initially filed this action in the Second Judicial District Court in and for the County of Washoe, State of Nevada.  GPM and MCC removed this case to this Court, divesting the State Court of jurisdiction over this case.  While Plaintiff filed a motion to voluntarily dismiss her case with the State Court in April 2012, Plaintiff subsequently withdrew that motion and there has been no further activity in the State Court.  <u>See</u> Exhibits 1 and 3.

9.   <u>Supplemental Discussion of Necessary Discovery.</u>

As discussed in Defendants' proposed discovery plan and scheduling order, because Plaintiff has affirmatively indicated she wishes to dismiss this matter and has not opposed Defendants' motions to dismiss, Defendants propose that discovery in this case be stayed until after this Court's July 30, 2012 hearing on Defendants' motions to dismiss so that the parties do not have to unnecessarily incur the costs associated with discovery prior to the Court's consideration of dismissal at this early stage.

10.   <u>Issues regarding disclosure or discovery of electronically stored information form and forms in which it is produced.</u>

To the extent any electronic discovery is necessary in this case, the parties will abide by the Federal Rules of Civil Procedure.

11.   <u>Issues about claims of privilege or protection of trial preparation materials.</u>

The parties will abide by the Federal Rules of Civil Procedure with respect to claims of privilege or protection of trial preparation materials.

12.   <u>Proposed discovery deadlines.</u>   The parties propose to the Court the following discovery plan and scheduling order deadlines:

5

McDONALD·CARANO·WILSON∴
100 WEST LIBERTY STREET, 10TH FLOOR • RENO, NEVADA 89501
PO BOX 2670 • RENO, NEVADA 89505-2670
PHONE 775-788-2000 • FAX 775-788-2020

1          a.    <u>Deadline for completion of discovery</u>. GPM and MCC filed their

2    Motion to Dismiss on February 3, 2012. MERS filed its Motion to Dismiss on March 7,

3    2012. Plaintiff has not opposed these motions to dismiss, and the Court has scheduled

4    a hearing on these motions for July 30, 2012. In the event that Defendants' unopposed

5    motions to dismiss are denied, the last day for discovery shall be *January 26, 2013*

6    (180 days from the date of this Court's July 30, 2012 hearing on Defendants' Motions to

7    Dismiss). This deadline does exceed the 180-day period LR 26-1(e)(1) sets for

8    completing discovery; however, Defendants submit that good cause exists to extend

9    this period as Plaintiff has affirmatively indicated she wishes to dismiss this matter.

10         b.    <u>Deadline for amending pleadings and adding parties</u>. The parties

11   shall have until *October 29, 2012*, ninety (90) days before the discovery cut-off date, to

12   file any motions to amend the pleadings or to add parties. This date does not exceed

13   the outside limit presumptively set by LR 26-1(e)(2).

14         c.    <u>Fed. R. Civ. P. 26(a)(2) Disclosures (Experts)</u>. Disclosure of

15   experts shall proceed according to Fed. R. Civ. P. 26(a)(2) and Fed. R. Civ. P. 33,

16   except that:

17             [i]    The disclosure of experts and expert reports shall occur on

18                  or before *November 27, 2012*, which is sixty (60) days

19                  before the discovery cut-off date, and

20             [ii]   The disclosure of rebuttal experts and their reports shall

21                  occur on or before *December 27, 2012*, which is thirty (30)

22                  days before the discovery cut-off date.

23         d.    <u>Deadline to file dispositive motions</u>. The parties shall have until

24   *February 25, 2013*, thirty (30) days after the discovery cut-off date, to file dispositive

25   motion(s), which does not exceed the outside limit of thirty (30) days following the

26   discovery cut-off date that LR 26-1(e)(4) presumptively sets for filing dispositive

27   motions.

                                       6

28

McDONALD·CARANO·WILSON

100 WEST LIBERTY STREET, 10TH FLOOR · RENO, NEVADA 89501
PO. BOX 2670 · RENO, NEVADA 89505-2670
PHONE 775.788.2000 · FAX 775.788.2020

1        e.    Joint Pretrial Order.  The pretrial order shall be filed on **March 27,**

2   **2013,** thirty (30) days after the date set for filing dispositive motions in the case.  This

3   deadline is suspended if a dispositive motion is timely filed.  The disclosures Fed. R.

4   Civ. P. 26(a)(3) requires shall be made in the joint pretrial order.

5        13.    Jury Trial.  A jury trial has not yet been requested by any of the parties.

6        14.    Estimated Length of Trial.  The parties estimate at this early stage of

7   proceedings that trial in this matter will take five (5) trial days.

8        15.    Prospects for settlement.  Given that Plaintiff has affirmatively indicated

9   she wishes to dismiss this matter and has not opposed Defendants' motions to dismiss,

10   Defendants do not perceive any need to engage in settlement discussions at this time.

11   DATED this 8th day of June 2012.          DATED this 8th day of June 2012.

12

13   **/s/ Michael R. Brooks**                  **/s/ Megan Starich**
     Michael R. Brooks (NSBN 7287)            Debbie Leonard (NSBN 8260)
14   Jeffrey J. Todd (NSBN 10780)             Megan Starich (NSBN 11284)
     1645 Village Center Circle, Suite 200    100 West Liberty Street, 10th Floor
15   Las Vegas, NV 89134                      P.O. Box 2670
                                              Reno, NV 89505-2670
16   Attorneys for Defendant Mortgage
     Electronic Registration Systems, Inc.    *Attorneys for Defendants GreenPoint*
17                                            *Mortgage Funding, Inc. and Marin*
                                              *Conveyancing Corp.*

18                               **ORDER**

19        Good cause appearing therefor, IT IS SO ORDERED this _19th_ day of

20   _June,_ 2012.

21        IT IS FURTHER ORDERED THAT THE TRIAL IS SET FOR _June 4, 2013_ ,

22   8:30 A.M., CALENDAR CALL IS SET FOR _May 27, 2013_ , 8:30 A.M. in

23   Reno Courtroom 6 before the Honorable Chief Robert C. Jones.

24                                 _____

25                                 United States Magistrate Judge

26

27

28                                      7

McDONALD·CARANO·WILSON⸱
100 WEST LIBERTY STREET, 10TH FLOOR · RENO, NEVADA 89501
PO. BOX 2670 · RENO, NEVADA 89505-2670
PHONE 775-788-2000 · FAX 775-788-2020

1                **CERTIFICATE OF SERVICE**

2      I hereby certify, under penalty of perjury, that I am an employee of McDonald

3  Carano Wilson [LLP] and that pursuant to LR 5-3 I caused to be electronically filed on this

4  date a true and correct copy of the **DEFEENDANTS' CASE MANAGEMENT REPORT**

5  with the Clerk of the Court using the CM/ECF system, which will automatically e-serve

6  the same on the attorneys of record indicated on the generated Notice of Electronic

7  Filing and below:

8

9                        **Bryan Hunt, Esq.**
**The Law Offices of Bryan Hunt, PLLC**
**8871 W. Flamingo Road, Suite 202**
**Las Vegas, Nevada 89147**

10

11    DATED: June 8, 2012.

12

13                            */s/ Mary C. Wilson*
                            An employee of McDonald Carano Wilson LLP

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## INDEX OF EXHIBITS TO CASE MANAGEMENT REPORT

| Exhibit No. | Description of Exhibit | Pages |
|---|---|---|
| 1 | Plaintiff's Motion to Dismiss Complaint Without Prejudice | 2 |
| 2 | Notice to Court Regarding Plaintiff's Motion to Dismiss | 3 |
| 3 | Plaintiff's Notice of Withdrawal of Motion to Dismiss Without Prejudice | 5 |

McDONALD·CARANO·WILSON
100 WEST LIBERTY STREET, 10TH FLOOR • RENO, NEVADA 89501
PO BOX 2670 • RENO, NEVADA 89505-2670
PHONE 775-788-2000 • FAX 775-788-2020

338335

# EXHIBIT 1

# EXHIBIT 1

**FILED**
Electronically
04-12-2012:10:19:37 AM
Joey Orduna Hastings
Clerk of the Court
Transaction # 2885125

2310
Bryan Hunt, Esq. NV Bar #11163
THE LAW OFFICES OF BRYAN HUNT, PLLC.
500 Ryland St, Ste 300
Reno, NV 89502
Bryan@hunt-lawfirm.com
Ph: 775-219-6468
Fx: 775-686-6205
Attorneys for Plaintiff(s)

IN THE SECOND JUDICIAL DISTRICT COURT
OF THE STATE OF NEVADA
IN AND FOR THE COUNTY OF WASHOE

| | |
|---|---|
| MARIA CARVAJAL-ROBLES, individually<br><br>PLAINTIFF(S)<br><br>-vs<br><br>GREENPOINT MORTGAGE FUNDING, INC.; MARIN CONVEYANCING CORP.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; OLD REPUBLIC DEFAULT MANAGEMENT SERVICES; MORTGAGE LAW FIRM, PLLC; DOE INDIVIDUALS 1 – X; and ROE COMPANIES 1 – X;<br><br>DEFENDANT(S) | CASE NO.: CV12-00052<br><br>DEPT NO.: 3<br><br>MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE |

MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE

COMES NOW, Plaintiff(s), **MARIA CARVAJAL-ROBLES** (hereinafter "Plaintiffs" or "BROWN") by and through their attorney, BRYAN HUNT, of THE LAW OFFICES OF BRYAN HUNT, PLLC., and pursuant to NRCP Rule , hereby moves to dismiss, without prejudice, their Complaint and Petition for Declaratory and Injunctive Relief, in the above captioned proceeding.

///
///
///
///
///

**MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE – Page 1 of 2**

1   __AFFIRMATION__: Pursuant to __NRS 239B.030__ (4), this document does not contain the social

2   security number of any person.

3   Respectfully Submitted this _12th_ day of APRIL, 2012.

4                                              By: __/s/ Bryan Hunt__
                                                Bryan Hunt, Esq. NV Bar #11163
5                                               THE LAW OFFICES OF BRYAN HUNT, PLLC.
                                                500 RYLAND ST, STE 300
6                                               RENO, NV 89502
                                                Bryan@hunt-lawfirm.com
7                                               Ph: 775-219-6468
                                                Fx: 775-686-6205
8                                               Attorneys for Plaintiff(s)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

        MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE – Page 2 of 2

# EXHIBIT 2

# EXHIBIT 2

**FILED**
Electronically
04-30-2012:10:33:13 AM
Joey Orduna Hastings
Clerk of the Court
Transaction # 2920119

1   CODE: 2610
    DEBBIE LEONARD (#8260)
2   MEGAN STARICH (#11284)
    McDONALD CARANO WILSON LLP
3   100 West Liberty Street, 10th Floor
    P.O. Box 2670
4   Reno, NV 89505-2670
    Telephone: (775) 788-2000
5   Facsimile: (775) 788-2020
    Email: dleonard@mcdonaldcarano.com
6   and mstarich@mcdonaldcarano.com

7   Attorneys for Defendants
    GREENPOINT MORTGAGE FUNDING, INC. and
8   MARIN CONVEYANCING CORPORATION

9        IN THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

10                IN AND FOR THE COUNTY OF WASHOE

11  MARIA CARVAJAL ROBLES, an
    individual,
12                                          Case No. CV12-00052
                         Plaintiff,
13                                          Dept. 3
    vs.
14                                          **NOTICE TO COURT REGARDING**
    GREENPOINT MORTGAGE FUNDING,            **PLAINTIFF'S MOTION TO DISMISS**
15  INC.; MARIN CONVEYANCING CORP.;
    MORTGAGE ELECTRONIC
16  REGISTRATION SYSTEM; OLD
    REPUBLIC DEFAULT MANAGEMENT
17  SERVICES; MORTGAGE LAW FIRM,
    PLLC; DOE INDIVIDUALS 1-X; ROE
18  COMPANIES 1-X,

19                       Defendants.

20

21       Plaintiff Maria Carvajal Robles ("Plaintiff") filed her complaint in this Court on

22  January 6, 2012. On January 20, 2012, Defendants GreenPoint Mortgage Funding, Inc.

23  ("GPM") and Marin Conveyancing Corp. ("MCC") filed a notice of removal in this Court,

24  and removed the case to the United States District Court, District of Nevada. The case

25  still remains in the United States District Court as case number 3:12-CV-040-RCJ-VPC

26  and has not been remanded to this Court. Despite Defendants' removal of this action,

27  on April 12, 2012, Plaintiff filed a motion to dismiss this matter with this Court. While

28  GPM and MCC do not dispute that Plaintiff is entitled to dismiss this matter of her own

1   accord, Plaintiff has filed her motion to dismiss with the incorrect court. This case has

2   been removed to the United States District Court, District of Nevada, and because of that

3   removal, this Court does not have jurisdiction at present to take any action on Plaintiff's

4   motion. If Plaintiff wishes to dismiss this case, she must file her motion with the United

5   States District Court, District of Nevada.[1]

6          The undersigned does hereby affirm that pursuant to NRS 239B.030, the

7   preceding document does not contain the social security number of any person.

8          Dated this 30th day of April 2012.

9                            McDONALD CARANO WILSON LLP

10

11          By:  _____

12               DEBBIE LEONARD
                 MEGAN STARICH
13               100 West Liberty Street, 10th Floor
                 P.O. Box 2670
14               Reno, NV 89505-2670

15          Attorneys for Defendants
            Greenpoint Mortgage Funding, Inc. and
16          Marin Conveyancing Corporation

17

18

19

20

21

22

23

24

25   _____

26   [1] The Court should note that counsel for GPM and MCC has attempted to contact
     Plaintiff's counsel on several occasions to suggest that the motion be filed in the
27   appropriate court with jurisdiction. However, to date, Plaintiff's counsel has not
     responded.
28

                                    2

1   **CERTIFICATE OF SERVICE**

2       Pursuant to NRCP 5(b), I hereby certify that I am an employee of McDONALD

3   CARANO WILSON LLP and that on April 30, 2012, I caused to be delivered in the

4   United States mail, enclosed in a sealed envelope, upon which first class postage was

5   placed, and by facsimile, a copy of the **NOTICE TO COURT REGARDING PLAINTIFF'S**

6   **MOTION TO DISMISS** addressed to the individual listed below at his last known address

7   as follows:

8           Bryan Hunt, Esq.
        The Law Offices of Bryan Hunt, PLLC
9           8871 W. Flamingo Road, Suite 202
        Las Vegas, NV 89147

10

11   DATED:  April 30, 2012

12

13           Pamela Miller

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 3

# EXHIBIT 3

F I L E D
Electronically
05-01-2012:12:49:12 PM
Joey Orduna Hastings
Clerk of the Court
Transaction # 2923609

1

Bryan Hunt, Esq. NV Bar #11163
2  THE LAW OFFICES OF BRYAN HUNT, PLLC.
500 RYLAND ST, STE 300
3  RENO, NV 89502
Bryan@hunt-lawfirm.com
4  Ph: 775-219-6468
5  Fx: 775-686-6205
Attorneys for Plaintiff
6

7              IN THE SECOND JUDICIAL DISTRICT COURT
                      OF THE STATE OF NEVADA
8              IN AND FOR THE COUNTY OF WASHOE

9  | MARIA CARVAJAL-ROBLES, an individual | CASE NO.: CV12-00052 |
10 |   Plaintiff, | |
11 | | DEPT NO.: 3 |
   | vs. | |
12 | | |
13 | GREENPOINT MORTGAGE FUNDING, INC.; MARIN CONVEYANCING CORP.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; OLD REPUBLIC DEFAULT MANAGEMENT SERVICIES; MORTGAGE LAW FIRM, PLLC; DOE INDIVIDUALS 1 – X; and | PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE |
14 | | |
15 | | |
16 | | |
17 | ROE COMPANIES 1 – X; | |
18 |      DEFENDANTS | |

19         PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION TO DISMISS COMPLAINT
                                    WITHOUT PREJUDICE
20

21  COMES NOW, Plaintiffs, MARIA CARVAJAL-ROBLES (hereinafter "Plaintiffs" or

22  "CARVAJAL-ROBLES") by and through their attorney, BRYAN HUNT, OF THE LAW

23  OFFICES OF BRYAN HUNT, PLLC., and hereby withdrawals their April 12, 2012, Motion to

    Dismiss Complaint Without Prejudice.  The above-captioned matter has been removed to the
24
    U.S. District Court, for the district of Nevada, and as such this court is without jurisdiction to
25
    adjudicate Plaintiff's prior motion, rendering same procedurally inappropriate.  Plaintiff's
26
    withdrawal of their Motion obviates the need for any hearing on this matter and respectfully
27
    requests that any scheduled hearings be cancelled.
28

                                   Order – Page 1 of 2

1  ///

2  **AFFIRMATION:** Pursuant to NRS 239B.030 (4), this document does not contain the social

3  security number of any person.

4  Respectfully Submitted this 1ST day of MAY, 2012.

5                                  By:___*/s/ Bryan Hunt*_____
                                       Bryan Hunt, Esq. NV Bar #11163
6                                      THE LAW OFFICES OF BRYAN HUNT, PLLC.
                                       500 RYLAND ST, STE 300
7                                      RENO, NV 89502
                                       Bryan@hunt-lawfirm.com
8                                      Ph: 775-219-6468
                                       Fx: 775-686-6205
9                                      Attorneys for Plaintiff

10

11

12                            **LIST OF EXHIBITS**

13  **EXHIBIT '1'** – ORDER GRANTING PLAINTIFF'S NOTICE OF WITHDRAWAL OF
    MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**F I L E D**
Electronically
05-01-2012:12:49:12 PM
Joey Orduna Hastings
Clerk of the Court
Transaction # 2923609

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT '1'**

**EXHIBIT '1'**

1  **Bryan Hunt, Esq. NV Bar #11163**
   **THE LAW OFFICES OF BRYAN HUNT, PLLC.**
2  500 RYLAND ST, STE 300
   RENO, NV 89502
3  Bryan@hunt-lawfirm.com
4  Ph: 775-219-6468
   Fx: 775-686-6205
5  Attorneys for Plaintiff

6
                      IN THE SECOND JUDICIAL DISTRICT COURT
7                         OF THE STATE OF NEVADA
                       IN AND FOR THE COUNTY OF WASHOE
8

9  MARIA CARVAJAL-ROBLES, an individual        | CASE NO.: CV12-00052
10        Plaintiff,                            | DEPT NO.: 3
11  vs.
12  GREENPOINT MORTGAGE FUNDING,                | ORDER GRANTING PLAINTIFF'S
    INC.; MARIN CONVEYANCING CORP.;             | NOTICE OF WITHDRAWAL OF
13  MORTGAGE ELECTRONIC                         | MOTION TO DISMISS COMPLAINT
    REGISTRATION SYSTEMS, INC.; OLD             | WITHOUT PREJUDICE
14  REPUBLIC DEFAULT MANAGEMENT
15  SERVICES; MORTGAGE LAW FIRM,
    PLLC; DOE INDIVIDUALS 1 – X; and ROE
16  COMPANIES 1 – X;
17        DEFENDANTS
18  **ORDER GRANTING PLAINTIFF'S NOTICE OF WITHDAWAL OF MOTION TO DISMISS**
    **PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE**
19
20     Upon Plaintiff, MARIA CARVAJAL-ROBLES's, by and through their attorney, BRYAN

21  HUNT, OF THE LAW OFFICES OF BRYAN HUNT, PLLC., NOTICE OF WITHDRAWAL

22  OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE, dated April

23  12, 2012, the Court having reviewed the subject motion and having found that pursuant to 28

24  U.S.C. § 1332; (a) As this matter has been previously removed to the U.S. District Court for the

25  district of Nevada, rendering said court with exclusive jurisdiction over same; (b) as such,

26  Plaintiff's previously filed Motion to Dismiss Complaint without Prejudice was procedurally

27
28

improper in accordance with the NRCP and FRPC and therefore appropriate for withdrawal; (c) and after due deliberation and sufficient cause appearing therefore,

IT IS ORDERED THAT:

    1.   Plaintiff's Motion to Dismiss Complaint without Prejudice is hereby withdrawn

SO ORDERED, this _____ day of MAY, 2012.

                        By:_____
                               **District Court Judge**