1

2

3

4

5

6                     **UNITED STATES DISTRICT COURT**

7                          **DISTRICT OF NEVADA**

8   MARIA CARVAJAL ROBLES,                    )
                                              )
9              Plaintiff,                      )
                                              )
10             v.                              )         3:12-cv-40-RCJ-VPC
                                              )
11                                             )         **ORDER**
     GREENPOINT MORTGAGE FUNDING,              )
12   INC., *et al.*,                           )
                                              )
13             Defendants.                     )
                                              )
14   _____  )

15         On January 6, 2012, Plaintiff Maria Carvajal Robles filed a complaint in Nevada state

16   court against Defendants GreenPoint Mortgage Funding, Inc.; Marin Conveyancing

17   Corporation; Mortgage Electronic Registration Systems, Inc. ("MERS"); Old Republic Default

18   Management Services; and Mortgage Law Firm, PLLC. (Compl. (#1-1) at 1). The complaint

19   contains three causes of action related to the foreclosure of Plaintiff's home. (*Id.* at 16-19).

20   The complaint was later removed to this Court on January 20, 2012. (Pet. for Removal (#1)).

21         Defendants GreenPoint Mortgage Funding and Marin Conveyancing Corporation filed

22   a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) on February 3, 2012. (Mot. to Dismiss

23   (#4)). Defendant MERS then filed a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) on

24   March 7, 2012. (Mot. to Dismiss (#7)). Plaintiff failed to respond to either Motion to Dismiss.

25         Under Nevada Local Rule 7-2(d), "[t]he failure of an opposing party to file points and

26   authorities in response to any motion shall constitute a consent to the granting of the motion."

27   The "[f]ailure to follow a district court's local rules is a proper ground for dismissal." *Ghazali*

28   *v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995).

           Plaintiff here failed to file a response to the Motions to Dismiss. Under Nevada Local

1   Rule 7-2(d), Plaintiff is therefore deemed to consent to the granting of these motions.

2   Accordingly, the Court dismisses the complaint against Defendants GreenPoint Mortgage,

3   Marin Conveyancing Corporation, and MERS with prejudice.

4       For the foregoing reasons, IT IS ORDERED that GreenPoint Mortgage Funding and

5   Marin Conveyancing Corporations' Motion to Dismiss (#4) is GRANTED and the complaint is

6   dismissed against these Defendants with prejudice.

7       IT IS FURTHER ORDERED that MERS' Motion to Dismiss (#7) is GRANTED and the

8   complaint is dismissed against MERS with prejudice.

9

10      DATED: This 3rd day of August, 2012.

11

12      _____

13      United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28