UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARIA CARVAJAL ROBLES,<br><br>    Plaintiff,<br><br>    v.<br><br>GREENPOINT MORTGAGE FUNDING, INC., *et al.*,<br><br>    Defendants. | 3:12-cv-40-RCJ-VPC<br><br>**ORDER** |

On January 6, 2012, Plaintiff Maria Carvajal Robles filed a complaint in Nevada state court against Defendants GreenPoint Mortgage Funding, Inc.; Marin Conveyancing Corporation; Mortgage Electronic Registration Systems, Inc. ("MERS"); Old Republic Default Management Services; and Mortgage Law Firm, PLLC. (Compl. (#1-1) at 1). The complaint contains three causes of action related to the foreclosure of Plaintiff's home. (*Id.* at 16-19). The complaint was later removed to this Court on January 20, 2012. (Pet. for Removal (#1)).

Defendants GreenPoint Mortgage Funding and Marin Conveyancing Corporation filed a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) on February 3, 2012. (Mot. to Dismiss (#4)). Defendant MERS then filed a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) on March 7, 2012. (Mot. to Dismiss (#7)). Plaintiff failed to respond to either Motion to Dismiss.

Under Nevada Local Rule 7-2(d), "[t]he failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." The "[f]ailure to follow a district court's local rules is a proper ground for dismissal." *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995).

Plaintiff here failed to file a response to the Motions to Dismiss. Under Nevada Local

Rule 7-2(d), Plaintiff is therefore deemed to consent to the granting of these motions. Accordingly, the Court dismisses the complaint against Defendants GreenPoint Mortgage, Marin Conveyancing Corporation, and MERS with prejudice.

For the foregoing reasons, IT IS ORDERED that GreenPoint Mortgage Funding and Marin Conveyancing Corporations' Motion to Dismiss (#4) is GRANTED and the complaint is dismissed against these Defendants with prejudice.

IT IS FURTHER ORDERED that MERS' Motion to Dismiss (#7) is GRANTED and the complaint is dismissed against MERS with prejudice.

DATED: This 3rd day of August, 2012.

_____
United States District Judge